USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHAWN BERTRAM, on behalf of himself
and others similarly situated,

          Plaintiff,

v.

326 WEST 46TH STREET CORP. d/b/a JOE
ALLEN RESTAURANT, JOE ALLEN and
CLAIRE CHOVEAUX,

          Defendants.
------------------------------------------------------------X

CASE NO. 17 CV 906 (PKC)

*[Handwritten annotation:]* The settlement and attorneys' fees are fair, reasonable and adequate and they are approved. Plaintiff's counsel shall file a copy of the settlement agreement and release within seven (7) days.

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: New York, New York
      June 7, 2017

For the Plaintiff:
JOSEPH & KIRSCHENBAUM LLP

*[signature]*

D. Maimon Kirschenbaum
Denise A. Schulman
32 Broadway, Suite 601
New York, NY 10004

For the Defendants:
KLEIN ZELMAN ROTHERMEL JACOBS &
SCHESS LLP

*[signature]*

Jane Jacobs
Jesse Grasty
401 Greenwich Street
New York, NY 10013

So Ordered: *[signature]*
      Hon. P. Kevin Castel (U.S.D.J.)

6-30-17

{00130806;1}